**Reading Hardware Company, appellee, v. John Johnston & Company, appellant. Gen. No. 30,755.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Edwin K. Walker, for appellant. Joseph G. Sheldon, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Francis L. Thomas, appellant, v. Munger Laundry Company, appellee. Gen. No. 30,952.**

Action for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed June 14, 1926.

Harold L. Ickes and Haight, Adcock, Haight & Harris, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Agnes T. Howe, defendant in error, v. Harriet M. Miller, administratrix of the estate of Minnie May Roy, deceased, plaintiff in error. Gen. No. 29,951.**

Action upon claim against estate of decedent. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Robert P. Burkhalter, for plaintiff in error. Clyde C. Fisher, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

**William Handel, defendant in error, v. Phillip Lowenthal, plaintiff in error. Gen. No. 30,272.**

Order overruling motion to vacate judgment by confession. Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed June 14, 1926.

Robbins & Sturman, for plaintiff in error. Wyman, Hopkins, McKeever & Colbert, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.